CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Manuel Alejandro BELTRAN, DOB 1989, U.S. Citizen;<br>Gerardo VILLALOBOS, DOB 1992, U.S. Citizen;<br>Francisco LARA-Hoyos, DOB 1986, Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>20-08690MJ |

Complaint for violations of Title 21 United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
Beginning at a time unknown, and continuing to on or about April 15, 2020, at or near Tucson, in the District of Arizona, **Manuel Alejandro BELTRAN, Gerardo VILLALOBOS,** and **Francisco LARA-Hoyos** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).
All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 15, 2020, agents were conducting surveillance of VILLALOBOS when they observed VILLALOBOS meet with LARA-Hoyos at VILLALOBOS' known residence in Tucson, Arizona. Agents observed LARA-Hoyos provide VILLALOBOS with rectangular packages. Upon receiving the packages, VILLALOBOS departed his residence and was contacted on a traffic stop near Ina Road and I-10, in Tucson, Arizona. VILLALOBOS consented to a search of his vehicle and was found to have five rectangular one-kilogram packages of suspected cocaine consistent with the packages provided by LARA-Hoyos. The substance field-tested positive for the properties of cocaine, with a total weight of approximately 6.5 kilograms.

Agents then made contact with LARA-Hoyos at a location in Tucson, Arizona in reference to the delivery of cocaine. LARA-Hoyos was found to have five additional one-kilogram packages of suspected cocaine in his possession. The substance field-tested positive for the properties of cocaine. During a post-*Miranda* interview, LARA-Hoyos admitted that he delivered five kilograms of cocaine or methamphetamine to VILLALOBOS. LARA-Hoyos reported he was contracted to make several deliveries of multi-kilogram packages to VILLALOBOS on April 15, 2020. LARA-Hoyos provided his residential address to agents and consented to a search of the residence. LARA-Hoyos advised agents there would be at least one firearm, and three additional one-kilogram packages of cocaine in his bedroom at that address. Agents located three additional kilograms of cocaine, approximately a half-kilogram of heroin, a detailed drug ledger documenting drug transactions occurring from 2017 to present, a Mossburg model 500 S/N: T514314, and a Kimber Eclipse Pro 2 semi-auto pistol, S/N:KR53491 in LARA-Hoyos' bedroom. Continued on reverse…

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/am<br>AUTHORIZED AUSA *Stefani K. Hopford*<br>Sworn by telephone | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Special Agent Anthony Gratz, DEA |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 16, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

During a post-*Miranda* interview, VILLALOBOS admitted he coordinated all details of the April 15, 2020 cocaine transaction through BELTRAN, who provided VILLALOBOS with a phone number for LARA-Hoyos. VILLALOBOS admitted to assisting BELTRAN with prior drug and firearms trafficking, and money laundering.

Agents then made contact with BELTRAN at his known residence in Tucson, Arizona. Agents took BELTRAN into custody at that time. During a post-*Miranda* interview, BELTRAN admitted to being involved in drug and firearms trafficking, and money laundering. BELTRAN admitted to coordinating the April 15, 2020, cocaine delivery with VILLALOBOS and LARA-Hoyos. BELTRAN stated he intended to split the proceeds of the cocaine transaction on April 15, 2020, with VILLALOBOS.