MICHAEL BAILEY
United States Attorney
District of Arizona
STEFANI K. HEPFORD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: stefani.hepford@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
2020 SEP 23 P 5:33
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR20-01565 TUC-RM(JR)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

SEALED

United States of America,

Plaintiff,

vs.

1. Manuel Alejandro Beltran
Counts 1, 6, 7, 9, 10, Forfeiture
2. Gerardo Villalobos
Counts 1, 2, 6, 9, Forfeiture
3. Francisco Lara-Hoyos;
Counts 1, 2, 3, 4, 5, Forfeiture
4. [redacted]
Count 6, Forfeiture
5. [redacted]
Count 6, 8 Forfeiture
6. [redacted]
Count 6, 9 Forfeiture

Defendants.

**INDICTMENT**

Violations:

21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Cocaine)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II)
(Possession with Intent to Distribute Cocaine)
Count 2

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i)
(Possession with Intent to Distribute Heroin)
Count 3

18 U.S.C. § 924(c)(1)(A)
(Use/Carrying of a Firearm During Drug Crime)
Count 4

18 USC §§ 922(g)(5)(A) and 924(a)(2)
(Possession of a Firearm by an Illegal Alien)
Count 5

18 U.S.C. § 371
(Conspiracy)
Count 6

18 U.S.C. § 554
(Smuggling Goods from the United States)
Counts 7, 8, 9

18 U.S.C. § 1201(a)(1) and (c)
(Conspiracy to Kidnap)
Count 10

Forfeiture Allegation
18 U.S.C. § 924(d); 21 U.S.C. § 853;
28 U.S.C. § 2461(c)

**THE GRAND JURY CHARGES:**

**COUNT 1**

Beginning at a time unknown, to on or about April 15, 2020, in the District of Arizona, MANUEL ALEJANDRO BELTRAN, GERARDO VILLALOBOS, and FRANCISCO LARA-HOYOS did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about April 15, 2020, in the District of Arizona, GERARDO VILLALOBOS and FRANCISCO LARA-HOYOS did knowingly and intentionally possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

**COUNT 3**

On or about April 15, 2020, in the District of Arizona, FRANCISCO LARA-HOYOS did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substances; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

**COUNT 4**

On or about April 15, 2020, in the District of Arizona, FRANCISCO LARA-HOYOS did knowingly carry, possess, and use firearms, that is, a Mossberg model 500 12-gauge shotgun, serial number T514314, and a Kimber Eclipse Pro II .45 caliber pistol,

serial number KR53491, during and in relation to, and in furtherance of a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

**COUNT 5**

On or about April 15, 2020, in the District of Arizona, FRANCISCO LARA-HOYOS, did possess, in and affecting interstate commerce, firearms, to wit: one Mossberg model 500 12-gauge shotgun, serial number T514314; and one Kimber Eclipse Pro II .45 caliber pistol, serial number KR53491. Defendant possessed the firearms while being an alien unlawfully present in the United States, and did so knowingly.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

**COUNT 6**

**Conspiracy**

From a time unknown to on or about April 15, 2020, in the District of Arizona, MANUEL ALEJANDRO BELTRAN, GERARDO VILLALOBOS, [redacted] did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States any merchandise, object, and article contrary to law and regulation of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, that is firearms, ammunition, and firearm components; and to receive, conceal, buy, sell, and in any other manner facilitate the transportation, concealment, and sale of said firearms, ammunition, and firearm components, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Section 554.

**Purpose of the Conspiracy**

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms, ammunition, and firearm components from the United States into the Republic of Mexico. The firearms, ammunition, and firearm components smuggled or intended to be smuggled in the course of this conspiracy include, but are not limited to:

- One (1) Palmetto State Armory PA-15 Rifle, multi-caliber, bearing serial number LW002925;
- 12,103 rounds of Wolf 7.62 x 39mm ammunition;
- 4,990 rounds of Wolf 7.62 x 39mm ammunition;
- One (1) unknown manufacturer AK-47 style 7.62 caliber rifle, bearing serial number 1982 S-AP4977;
- One (1) unknown manufacturer AK-47 style 7.62 caliber rifle, bearing serial number 1968BF5842.

**The Means and Methods of the Conspiracy**

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was a part of the conspiracy that these defendants would acquire firearms on behalf of other defendants and/or co-conspirators.

It was a further part of the conspiracy that, following each firearm acquisition, the acquiring defendant would transfer possession of the firearm(s) to other defendants or co-conspirators.

It was a further part of the conspiracy that the defendants and/or their co-conspirators would take possession of, and/or transport the firearms, ammunition, and firearm components within the District of Arizona with the knowledge that the firearms, ammunition, and firearm components were intended to ultimately be transported from the United States into the Republic of Mexico, and/or transport the ammunition and other objects from the United States into the Republic of Mexico.

It was a further part of the conspiracy that the defendants and/or their co-conspirators did not have any valid license or other authority to export the firearms, ammunition, and firearm components from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On or about November 15, 2019, MANUEL ALEJANDRO BELTRAN drove from Tucson, Arizona to the area of Douglas, Arizona with a Palmetto State Armory PA-15 rifle in his vehicle in order to deliver the firearm to an individual who would transport the firearm into the Republic of Mexico. MANUEL ALEJANDRO BELTRAN arranged the exportation of the firearm for [redacted]

On or about November 25, 2019, near Tucson, Arizona, MANUEL ALEJANDRO BELTRAN met with [redacted] to coordinate a firearms transaction on behalf of [redacted] with the intention of exporting, or arranging to export the firearms to the Republic of Mexico.

On or about December 4, 2019, in Tucson, Arizona, MANUEL ALEJANDRO BELTRAN and GERARDO VILLALOBOS met with [redacted] to deliver two AK-47 style rifles to [redacted] who would export the firearms to the Republic of Mexico.

All in violation of Title 18, United States Code, Section 371.

**COUNT 7**

On or about November 15, 2019, in the District of Arizona, MANUEL ALEJANDRO BELTRAN, did knowingly and willfully attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, and object, that is: one (1) Palmetto State Armory PA-15 multi-caliber rifle, bearing serial number LW002925, which is contrary to the laws and regulations of the United States, to wit: 22

U.S.C. 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1;

All in violation of Title 18 United States Code, Sections 554 and 2.

**COUNT 8**

On or about November 25, 2019, in the District of Arizona, [redacted] did knowingly and willfully attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, and object, that is: 12,103 rounds of Wolf 7.62 x 39 mm caliber ammunition, which is contrary to the laws and regulations of the United States, to wit: 22 U.S.C. 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1;

All in violation of Title 18 United States Code, Sections 554 and 2.

**COUNT 9**

On or about December 4, 2019, MANUEL ALEJANDRO BELTRAN, GERARDO VILLALOBOS, and [redacted] did knowingly and willfully attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, and object, that is: one (1) unknown manufacturer AK-47 style 7.62 caliber rifle, bearing serial number 1982 S-AP4977, one (1) unknown manufacturer AK-47 style 7.62 caliber rifle, bearing serial number 1968BF5842, and 4,990 rounds of Wolf 7.62 x 39 mm ammunition, which is contrary to the laws and regulations of the United States, to wit: 22 U.S.C. 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1;

All in violation of Title 18 United States Code, Sections 554 and 2.

**COUNT 10**

Beginning at a time unknown to the Grand Jury and continuing through November 1, 2019, in the District of Arizona and elsewhere, MANUEL ALEJANDRO BELTRAN did knowingly and intentionally combine, conspire, and agree together with other persons known and unknown to the Grand Jury, to unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, or carry away L.D.L. and hold for ransom, reward, or otherwise,

and in committing and in furtherance of the commission of the offense, to willfully and intentionally transport L.D.L. in foreign commerce; that is, from Arizona into the Republic of Mexico; all in violation of Title 18, United States Code, Sections 1201(a)(1) and (c).

**Overt Acts**

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

At some time prior to October 10, 2019, MANUEL ALEJANDRO BELTRAN became aware that L.D.L. had either lost or stolen a valuable load of cash or narcotics, and MANUEL ALEJANDRO BELTRAN offered to a member of the drug trafficking organization (DTO) to help take L.D.L.

On October 10, 2019, MANUEL ALEJANDRO BELTRAN discussed with a member of the drug trafficking organization how to take L.D.L. by knifepoint and switch L.D.L. from car to car, avoiding cameras.

On or about October 27, 2019, MANUEL ALEJANDRO BELTRAN drove from Tucson, Arizona to Eloy, Arizona, where MANUEL ALEJANDRO BELTRAN forced L.D.L. into a vehicle.

On or about October 27, 2019, a member of the drug trafficking organization transported L.D.L. into Mexico after MANUEL ALEJANDRO BELTRAN transferred L.D.L. to the DTO member's custody.

On or about October 28, 2019, MANUEL ALEJANDRO BELTRAN, called another member of the drug trafficking organization to verify that L.D.L. had been taken into Mexico and directed that DTO member to get L.D.L. to talk and to rough up L.D.L.

**<u>FORFEITURE ALLEGATION</u>**

Upon conviction of Counts One through Three of this Indictment, defendants, MANUEL ALEJANDRO BELTRAN, GERARDO VILLALOBOS, and FRANCISCO LARA-HOYOS, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal, constituting,

or derived from, any proceeds the defendant(s) obtained, directly or indirectly, as the result of the said violations, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

The property to be forfeited includes, but is not limited to:

1. one Mossberg model 500 12-gauge shotgun, serial number T514314; and
2. one Kimber Eclipse Pro II .45 caliber pistol, serial number KR53491.

Upon conviction of Counts One through Nine of this Indictment, the defendants, MANUEL ALEJANDRO BELTRAN, GERARDO VILLALOBOS, FRANCISCO LARA-HOYOS, [redacted] shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses.

The property to be forfeited includes, but is not limited to:

1. one Mossberg model 500 12-gauge shotgun, serial number T514314;
2. one Kimber Eclipse Pro II .45 caliber pistol, serial number KR53491;
3. one (1) Palmetto State Armory PA-15 Rifle, multi-caliber, bearing serial number LW002925;
4. 12,103 rounds of Wolf 7.62 x 39mm ammunition;
5. 4,990 rounds of Wolf 7.62 x 39mm ammunition;
6. one (1) unknown manufacturer AK-47 style 7.62 caliber rifle, bearing serial number 1982 S-AP4977; and
7. one (1) unknown manufacturer AK-47 style 7.62 caliber rifle, bearing serial number 1968BF5842.

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States,

pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: September 23, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

STEFANI K. HEPFORD
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE